UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTOINE B. JONES, JR. | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07-1996 (RJL) |
| | ) (ECF) |
| STEPHANIE YANTA, et al., | ) |
| Defendants. | ) |

**FEDERAL DEFENDANTS' MOTION TO ENLARGE TIME
TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Federal Defendants respectfully request an enlargement of time to file an answer or otherwise respond to the complaint in this case. Federal Defendants' answer is due February 11, 2008. Federal Defendants request to and including March 27, 2008, to file an answer or otherwise respond to the complaint.

Plaintiff, has filed this complaint as *pro se*, and brings this action against Agents of Federal Bureau of Investigation Stephanie Yanta and Stephen Naugle, the Department of Justice, and Assistant United States Attorneys Rachel Lieber and John Geise.[1]

Because Plaintiff is alleging constitutional claims, Federal Defendants sued may request legal representation by the Department of Justice, pursuant to 28 C.F.R. § 50.15.

Although response is close to completion, the undersigned request that additional time to develop a coordinated response to this and other actions filed by Antoine Jones and his family

---

[1] By way of this motion for an extension of time, the individual federal defendants submit that they have not waived any defense or defenses available to them under Fed. R. Civ. P. 12 or otherwise, including immunity from suit.

members.  Representation authority is also being explored by the Federal Defendants.  This is the first enlargement request for this deadline.

Because plaintiff is, appearing here *pro se*, and does not list a telephone number where he can be reached,  Local Rule 7(m) does not apply and the undersigned have not made efforts to contact her regarding this motion.[2]

WHEREFORE, Federal Defendants respectfully requests that this enlargement be granted.  A minute order is respectfully requested.

February 7, 2008                                    Respectfully submitted,

                                                     /s/_____
                                                    JEFFREY A. TAYLOR, D.C. BAR # 498610
                                                    United States Attorney

                                                     /s/_____
                                                    RUDOLPH CONTRERAS, D.C. BAR # 434122
                                                    Assistant United States Attorney

                                                     /s/_____
                                                    KENNETH ADEBONOJO
                                                    Assistant United States Attorney
                                                    Judiciary Center Building
                                                    555 4th Street, N.W. – Civil Division
                                                    Washington, D.C.  20530
                                                    (202) 514-7157
                                                    (202) 514-8780 (facsimile)

---

[2] Local Civil Rule 7.1(m) requires "counsel" to discuss non-dispositive motions with "opposing *counsel*" and nonprisoner pro se parties.

## CERTIFICATE OF SERVICE

      I certify I caused copies of the foregoing Federal Defendants' Motion to Enlarge Time to File Answer or Otherwise Respond to Complaint served by first class mail upon *pro se* plaintiff at:

Antoine B. Jones
12221 Brandywine Road
Brandywine, MD 20613


on this 7th day of February 2008      _/s/_____
                                                               KENNETH ADEBONOJO
                                                               Assistant United States Attorney